IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

LEAH KNOWLES

VS.                                                            CIVIL ACTION NO. 2:05CV32-KS-JMR

TJ'S COUNTRY MART

ORDER OF DISMISSAL

On the 11th day of August, 2005, an order was entered accepting the Magistrate Judge's recommendation denying *in forma pauperis* status to the Plaintiff herein. The order additionally provided that the Plaintiff pay the filing fee within twenty days from the date of the entry of the order but no later than August 31, 2005. Additionally, the order stated that if the filing fee was not timely paid, then the case would be dismissed.

This Court finds that the filing fee has not been paid and that the above styled and numbered cause should be finally dismissed without prejudice.

SO ORDERED AND ADJUDGED on this, the 18th day of November, 2005.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE